IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                    Crim. No. 91-60157-01-HO

            Plaintiff,            ORDER

    v.

DAVID ALLEN HILLSMAN,

            Defendant.

    Defendant's second or successive motion under 28 U.S.C. §

2255 [#100] is dismissed for lack of certification from a panel

of the court of appeals. United States v. Allen, 157 F.3d 661,

664 (9th Cir. 1998); 28 U.S.C. § 2255.

    IT IS SO ORDERED.

    DATED this _16th_ day of October, 2006.

                                      Michael C. Hogan
                        United States District Judge